# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:                                             Case No: 11-60823

Angela M. Rodriguez,                 Chapter 13

    *Debtor(s)*                              Judge C. Kathryn Preston

## NOTIFICATION OF NEW ADDRESS OF DEBTOR

Attorney, Jennifer G. CaJacob, hereby notifies the court of the above referenced Debtor's new address:

                         17071 Sandra Lee Lane Apt. C
                         Huntington Beach, CA 92649

Date: May 9, 2016                         /s/ Jennifer G. CaJacob
                                                       Jennifer G. CaJacob (0072689)
                                                         Attorney for Debtor
                                                         CaJacob Law Group
                                                         470 Olde Worthington Rd., Ste. 200
                                                         Westerville, OH 43082

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate of copy of the attached Notification was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 9th day of May, 2016.

        /s/ Jennifer G. CaJacob
        Jennifer G. CaJacob
        Attorney for Debtor

SERVED ELECTRONICALLY:

Frank M. Pees
Chapter 13 Trustee

Office of the U.S. Trustee

SERVED VIA ORDINARY US MAIL:

Angela M. Rodriguez
17071 Sandra Lee Lane Apt. C
Huntington Beach, CA 92649